■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. BERTOLLINI, Appellant. (Appeal No. 1.) [34 NYS3d 922]—Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered January 29, 2015. The judgment convicted defendant, upon his plea of guilty, of failure to report a change of address as a sex offender.

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *People v Bertollini* ([appeal No. 2] 141 AD3d 1163 [2016]). Present—Whalen, P.J., Carni, NeMoyer, Troutman and Scudder, JJ.